IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED S. ALI, | No. CV 04-04140 VRW |
|     Plaintiff, | |
|     v. | **ORDER GRANTING STIPULATION** |
| WHITE CAP INDUSTRIES, | |
|     Defendant. | |

    The stipulation selecting Mediation for ADR filed in the above captioned case is **GRANTED.**

    **IT IS SO ORDERED**

Dated: June 24, 2005

VAUGHN R WALKER, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
