UNITED STATES DISTRICT COURT

**E-Filing**

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMED S. ALI, ABRAHAM MORALES AND MALCOLM PARKS ON THEIR OWN BEHALF AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, AND ON BEHALF OF THE GENERAL PUBLIC,<br><br>Plaintiffs,<br><br>v.<br><br>WHITE CAP INDUSTRIES, INC.; ARTURO RODRIGUES; HUGO FABBRI; DOES 1-10,<br><br>Defendants. | Case No. CV 04 – 4140 VRW<br><br>[PROPOSED] ORDER REGARDING EXTENDING FACT DISCOVERY DEADLINE |

After full consideration the Court finds that the fact discovery deadline should be extended to July 31, 2005 for all purposes.

IT IS THEREFORE ORDERED that the fact discovery deadline is hereby extended to July 31, 2005 for all purposes.

IT IS SO ORDERED.

Dated:

HON. VAUGHN R. WALKER
United States District Judge