UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMED S. ALI, ABRAHAM MORALES AND MALCOLM PARKS ON THEIR OWN BEHALF AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, AND ON BEHALF OF THE GENERAL PUBLIC,<br><br>Plaintiffs,<br><br>v.<br><br>WHITE CAP INDUSTRIES, INC.; ARTURO RODRIGUES; HUGO FABBRI; DOES 1-10,<br><br>Defendants. | Case No. CV 04 – 4140 VRW<br><br>[~~PROPOSED~~] ORDER REGARDING EXTENDING FACT DISCOVERY DEADLINE<br><br>**E-Filing**<br><br>**FILED**<br>JUL 1 1 2005<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

After full consideration the Court finds that the fact discovery deadline should be extended to September 30, 2005 for all purposes.

IT IS THEREFORE ORDERED that the fact discovery deadline is hereby extended to September 30, 2005 for all purposes.

IT IS SO ORDERED.

Dated: _____

_[signature]_

HON. VAUGHN R. WALKER
United States District Judge

STIPULATION AND PROPOSED ORDER EXTENDING FACT DISCOVERY DEADLINE       3

LAS99 1407433-1.009900.0034

PROOF OF SERVICE BY MAIL
CCP §1013a CCP Revised 1/1/88
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, 34th Floor, Los Angeles, California 90067-3208.

On July 6, 2005, I served the foregoing documents described as **STIPULATION AND PROPOSED ORDER EXTENDING FACT DISCOVERY DEADLINE** on the interested parties of record in the action by:

☐ placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☒ placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows: document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

Cary S. Kletter
Kletter & Peretz
One Embarcadero Center
Suite 1200
San Francisco, CA 94111

☒ **BY MAIL**

☐ I deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

☒ I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Firm City, Firm State in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 6, 2005, at Los Angeles, California.

Felecia J. McClendon