E-Filing

1  RICHARD W. KOPENHEFER (SBN 119288)
   RICHARD J. FREY (SBN 174120)
2  DAN CHAMMAS (SBN 204825)
   McDERMOTT WILL & EMERY LLP
3  2049 Century Park East
   34th Floor
4  Los Angeles, CA 90067-3208
   Telephone: 310.277.4110
5  Facsimile:  310.277.4730

6  Attorneys for Defendants
   WHITE CAP INDUSTRIES, INC., ARTURO
7  RODRIGUEZ AND UGO FABBRI

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12  MOHAMED S. ALI, ABRAHAM              CASE NO. CV 04-4140 VRW
13  MORALES AND MALCOLM
    PARKS ON THEIR OWN BEHALF            STIPULATION AND ~~PROPOSED~~
14  AND ON BEHALF OF ALL                 ORDER EXTENDING MEDIATION
    OTHER SIMILARLY SITUATED,            DEADLINE
15  AND ON BEHALF OF THE
    GENERAL PUBLIC,
16
              Plaintiffs,
17
        v.
18
    WHITE CAP INDUSTRIES, INC.;
19  ARTURO RODRIGUEZ; UGO
    FABBRI; DOES 1-10,
20
              Defendants.
21

22

23      WHEREAS, Defendants, WHITE CAP INDUSTRIES, INC., ARTURO

24  RODRIGUEZ and UGO FABBRI have only recently elected to substitute counsel,

25  replacing the law firm of Foster & Associates with McDermott Will & Emery,

26  LLP.; and

27      WHEREAS, McDermott Will & Emery has just received the case file and

28  has determined that it needs to familiarize itself with the case and interview

1  witnesses before it can engage in meaningful mediation;
2      The Plaintiffs, MOHAMMED ALI, ABRAHAM MORALES and
3  MALCOLM PARKS, and the Defendants WHITE CAP INDUSTRIES, INC.,
4  ARTURO RODRIGUEZ and UGO FABBRI hereby stipulate and agree that the
5  mediation deadline shall be extended to August 31, 2005.

6  Dated: July 20, 2005            McDermott Will & Emery LLP

8                                           By:
9                                           Richard J. Frey
                                         Attorneys for Defendants
10                                          WHITE CAP INDUSTRIES, INC.,
                                         ARTURO RODRIGUEZ AND UGO
11                                          FABBRI

12 Dated: July 20, 2005            KLETTER & PERETZ

14                                          By:
                                         Cary S. Kletter
15                                          Attorneys for Plaintiffs
                                         MOHAMMED ALI, ABRAHAM
16                                          MORALES and MALCOLM
                                         PARKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMED S. ALI, ABRAHAM MORALES AND MALCOLM PARKS ON THEIR OWN BEHALF AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED, AND ON BEHALF OF THE GENERAL PUBLIC,<br><br>Plaintiffs,<br><br>v.<br><br>WHITE CAP INDUSTRIES, INC.; ARTURO RODRIGUEZ; UGO FABBRI; DOES 1-10,<br><br>Defendants. | CASE NO. CV 04-4140 VRW<br><br>[PROPOSED] ORDER EXTENDING MEDIATION DEADLINE |

After full consideration, the Court finds that the fact mediation deadline should be extended to August 30, 2005.

IT IS THEREFORE ORDERED that the mediation deadline is hereby extended to August 31, 2005.

IT IS SO ORDERED.

Dated: **2 6 JUL 2005**

_____
Honorable Vaughn R. Walker
United States District Judge

LAS99 1407730-1.046349.0026