1  RICHARD J. FREY (SBN 174120)
   DAN CHAMMAS (SBN 204825)
2  TERRENCE P. MANN (SBN 211377)
   McDERMOTT WILL & EMERY LLP
3  2049 Century Park East
   34th Floor
4  Los Angeles, CA 90067-3208
   Telephone: 310.277.4110
5  Facsimile:  310.277.4730

6  Attorneys for Defendants
   WHITE CAP INDUSTRIES, INC., ARTURO
7  RODRIGUEZ, and UGO FABBRI

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 MOHAMED S. ALI, ABRAHAM          CASE NO. CV 04-4140 VRW
   MORALES AND MALCOLM
13 PARKS ON THEIR OWN BEHALF        STIPULATION OF DISMISSAL
   AND ON BEHALF OF ALL             PURSUANT TO FRCP 41(a)(1)(ii)
14 OTHER SIMILARLY SITUATED,
   AND ON BEHALF OF THE
15 GENERAL PUBLIC,

16            Plaintiffs,

17     v.

18 WHITE CAP INDUSTRIES, INC.;
   ARTURO RODRIGUEZ; UGO
19 FABBRI; DOES 1-10,

20            Defendants.

21

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Vaughn R Walker]

22
23     WHEREAS Plaintiffs Mohamed S. Ali and Abraham Morales filed the
24 above-captioned action against Defendant White Cap Industries, Inc. ("Defendant")
25 on or about September 29, 2004;
26     WHEREAS Plaintiff Mohamed S. Ali, Abraham Morales, and Malcolm
27 Parks ("Plaintiffs") filed the First Amended Complaint ("FAC") on March 21,
28 2005;

1   WHEREAS Plaintiffs and Defendant have agreed to a settlement of the first,
2   second, and twelfth causes of action in the FAC, which agreement requires a
3   dismissal with prejudice of the first, second, and twelfth causes of action; therefore
4   IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant,
5   through their designated counsel, as follows:
6       1.    The first, second, and twelfth causes of action in the FAC are hereby
7   dismissed with prejudice in their entirety, pursuant to Federal Rule of Civil
8   Procedure 41(a); and
9       2.    Plaintiffs and Defendant have agreed that $22,500 represents
10  Plaintiffs' reasonable attorneys' fees and costs incurred in the prosecution of the
11  first, second, and twelfth causes of action in the FAC. Plaintiffs and Defendant
12  have agreed that Defendant will pay this amount by way of separate agreement.
13      3.    Plaintiffs are not settling or dismissing any claims of any person who
14  was not a party to this action. Plaintiffs did not attempt to certify a class.

16  Dated: September 30, 2005

    McDermott Will & Emery LLP

    By: _____
    Dan Chammas
    Attorneys for Defendants
    WHITE CAP INDUSTRIES, INC.,
    ARTURO RODRIGUEZ, and UGO
    FABBRI

21  Dated: September 12, 2005

    KLETTER & PERETZ

    By: _____
    Cary S. Kletter
    Attorneys for Plaintiffs
    MOHAMED S. ALI, ABRAHAM
    MORALES, and MALCOLM
    PARKS

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
CENTURY CITY

1  **IT IS SO ORDERED:**

2

3  Dated: _____, 2005                                   _____
                                                            Honorable Vaughn R. Walker
4                                                           United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAS99 1412498-1.046349.0026                         - 3 -                  STIPULATION FOR DISMISSAL