| | |
|---|---|
| 1 | CARY S. KLETTER |
| | KLETTER & PERETZ |
| 2 | One Embarcadero Center, Suite 1200 |
| | San Francisco, CA 94111 |
| 3 | Telephone: (415) 732-3777 |
| 4 | Facsimile: (415) 732-3791 |
| 5 | Attorneys for Plaintiff |
| 6 | MOHAMMED ALI |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED S. ALI, | CASE NO. CV 04-4140 VRW |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING HEARING DATE OF MOTION TO COMPEL ARBITRATION |
| v. | |
| WHITE CAP INDUSTRIES, INC.; ARTURO RODRIGUEZ; DOES 1-10, | |
| Defendants. | |

WHEREAS, Plaintiff Mohamed S. Ali seeks to continue the hearing date of Defendant White Cap Industries, Inc.'s Motion to Compel Arbitration from November 3, 2005 at 2:00 pm to November 10, 2005 at 2:00 because of a conflict with another hearing date which cannot be moved;

WHEREAS, Defendant White Cap Industries, Inc. consents to the continuance of the hearing date to November 10, 2005;

The Plaintiff Mohamed S. Ali and Defendant White Cap Industries, Inc. hereby stipulate and agree that provided that it pleases the Court, the hearing date of Defendant's Motion to Compel Arbitration currently set for November 3, 2005 at 2:00 pm can be moved to November 10, 2005 at 2:00 pm. However, White Cap Industries, Inc. does not agree to move the hearing to a date later than November

1 | 10, 2005.

2 |         KLETTER & PERETZ

3

4 |         By:_____ S/
        Cary Kletter for Plaintiff

5 |         MOHAMED S. ALI

6 |         McDERMOTT WILL & EMERY

7 |         By:_____ /S/_____

8 |         Dan Chammas for Defendants
        WHITE CAP INDUSTRIES INC., and

9 |         ARTURO RODRIGUEZ

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMED S. ALI, <br><br> Plaintiff, <br><br> v. <br><br> WHITE CAP INDUSTRIES, INC.; ARTURO RODRIGUES; HUGO FABBRI; DOES 1-10, <br><br> Defendants. | Case No. CV 04 – 4140 VRW <br><br> [PROPOSED] ORDER CONTINUING THE HEARING DATE OF MOTION TO COMPEL ARBITRATION |

After full consideration the Court finds that the hearing date of Defendant White Cap Industries, Inc.'s motion to compel arbitration shall be moved from November 3, 2005 at 2:00 pm to November 10, 2005 at 2:00 pm.

IT IS THEREFORE ORDERED that the hearing date of Defendant White Cap Industries, Inc.'s motion to compel arbitration is continued from November 3, 2005 at 2:00 pm to November 10, 2005 at 2:00 pm.

**IT IS SO ORDERED.**

Dated:

_____
Judge Vaughn R Walker
United States District Judge