IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MOHAMED S ALI,** | **No   C-04-4140 VRW** |
| Plaintiff, | **ORDER** |
| v | |
| **WHITE CAP INDUSTRIES INC, et al,** | |
| Defendants. / | |

        The case at bar was stayed pending arbitration and the parties last filed a status report on April 24, 2006.  Doc #51.  Since that time, the parties have not filed anything in this case.  Accordingly, the court ORDERS that the parties submit a written status report to the court by January 20, 2007.  In the alternative, the parties may report to the court for a status conference on such date that the parties may arrange with each other and the court's deputy, Cora Delfin, who may be reached at (415) 522-2039.

        IT IS SO ORDERED.

                                        _____
                                        **VAUGHN R WALKER**
                                        **United States District Chief Judge**