IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOHAMED S ALI, | No | C-04-4140 VRW |
| Plaintiff, | ORDER | |
| v | | |
| WHITE CAP INDUSTRIES INC, et al, | | |
| Defendants. | | |

The case at bar was stayed pending arbitration and the parties filed a joint status report on April 24, 2006. Doc #51. In that joint statement, the parties said that "immediately after the conclusion of the EEOC's investigation[,] they will arbitrate" the claims in this case. Id at ¶5.

In response to the court's order (Doc #52), the parties submitted an updated status report on January 20, 2007 (Doc #53). There the parties stated that the EEOC investigation concluded on

1 January 12, 2007 and that "the parties are prepared to commence
2 arbitration of the current action in the near future * * *." Id.
3 The parties also stated they had agreed upon the Honorable Fern M
4 Smith as an arbitrator.
5      That joint statement was the last filing in this case.
6 Accordingly the court ORDERS that the parties submit a written
7 status report by October 10, 2007. In the alternative, the parties
8 may report to the court for a status conference on such date that
9 the parties may arrange with each other and the court's deputy,
10 Cora Delfin, who may be reached at (415) 522-2039.

12      IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge