IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED S ALI, | No   C 04-4140 VRW |
|     Plaintiff, | ORDER |
|     v | |
| WHITE CAP INDUSTRIES INC, et al, | |
|     Defendants. / | |

    This case was stayed pending arbitration, and the parties filed a joint status report on September 13, 2007.  Doc #55.  In that joint statement, the parties said they tentatively agreed to an arbitration date of February 19, 2008, with the possibility of postponement to allow for additional discovery and preparation.  Doc #55 at ¶6.

1  That joint statement was the last filing in this case.
2  Accordingly the court ORDERS the parties to submit a written status
3  report by March 31, 2008.  In the alternative, the parties may
4  report to the court for a status conference on such date that the
5  parties may arrange with each other and the court's deputy, Cora
6  Delfin, who may be reached at (415) 522-2039.

8  IT IS SO ORDERED.

   VAUGHN R WALKER
   United States District Chief Judge