FILED E-Filing

FEB 24 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED S ALI, | No   C 04-4140 VRW |
|    Plaintiff, | ORDER |
|    v | |
| WHITE CAP INDUSTRIES, INC, | |
|    Defendant. | |

The parties' last status report to the court dated December 29, 2008 (Doc #59) reported that the parties had resolved the merits of their dispute and were in the process of resolving details of an attorney fee award made by the arbitrator. Accordingly, the clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge